UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD AND DIRECTORS OF COALINGA STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 14-cv-02077-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff alleges various claims relating to events at Coalinga State Hospital, which is in Fresno County, which lies in the Eastern District of California. This federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 14, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge