# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD AND DIRECTORS OF COALINGA STATE HOSPITAL, et al.,<br><br>    Defendants. | 1:14-cv-00731-BAM<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FOR FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 12) |

      Plaintiff Bruce Wayne Miller ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action on May 6, 2014, and the matter transferred to this Court on May 15, 2014. Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 7.)

      On October 23, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim with leave to file an amended complaint within thirty days. 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed for failure to obey a court order and for failure to state a claim.

      The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED based on Plaintiff's failure to state any claims upon which relief may be granted and for failure to obey a court order.  All pending motions, if any, are terminated.

IT IS SO ORDERED.

Dated: **December 2, 2014**                    /s/ *Barbara A. McAuliffe*
                                                                         UNITED STATES MAGISTRATE JUDGE